RECEIVED

JUN ~ ~

U. S. ~~
E~~

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

FILED

JUN 2 3 1999

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

HEATHER HARRIS,                          )
                                         )
        Plaintiff,                       )
                                         )
v.                                       )        Case No. 4:97CV02542 CEJ
                                         )
CREATIVE RESTAURANT CONCEPTS,            )     *So ordered*
INC. d/b/a BEVO MILL,                    )     *Carol E Jackson*
                                         )     6/23/99
        Defendant.                       )

### STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Heather Harris and Defendant Creative Restaurant Concepts, Inc.

d/b/a Bevo Mill, pursuant to Rule 41(a)(l)(ii) of the Federal Rules of Civil Procedure, and hereby

dismiss this cause of action with prejudice, each party to bear its own costs.

                                        BLACKWELL SANDERS PEPER
                                        MARTIN LLP


By _____              By _____
CONNIE S. HOOD        #21593           TERRY L. POTTER      #4089
8000 Bonhomme Avenue, Suite 207        CHERYL M. MANLEY   #73606
Clayton, Missouri  63105               720 Olive Street, Suite 2400
Telephone: (314) 721-4141              St. Louis, Missouri  63101
Facsimile:  (314) 721-4180             Telephone: (314) 345-6000
                                       Facsimile:  (314) 345-6060

JOSEPH L. GOFF        #6485
550 Maple Valley Drive
P.O. Box 189
Farmington, Missouri  63640-0189
Telephone: (573) 760-8810
Facsimile:  (573) 760-1198

Attorneys for Plaintiff                Attorneys for Defendant


STLD01-727509-1                                                    45

SO ORDERED:

_____          _____
UNITED STATES DISTRICT JUDGE                          DATE

2

UNITED STATES DISTRICT COURT – EASTERN MISSOURI
INTERNAL RECORD KEEPING


AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 06/23/99 by kmoore
                    4:97cv2542     Harris vs Creative Restaurant

42:2000e  Job Discrimination (Employment)

Joseph Goff -  6485                 Fax: 573-760-1198
Connie Hood -  21593                Fax: 314-721-4180
Cheryl Manley -  73606              Fax: 314-345-6060
Terry Potter -  4089                Fax: 314-345-6060

E

SCANNED & FAXED BY:

JUN 2 3 1999

J. M. W.